"

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

### Docket No. 5:12-CR-225-1FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **EVELYN GOMEZ-ALLAN** | ) | |
| **Defendant** | ) | |

Vj ku'b cwgt'ku'dghqtg''yj g''eqwtv'qp''yj g''WUU0'Rtqdcvkqp''Qhhkegt)u'b qvkqp''q''eqpvkpwg''yj g''ugpvgpekpi ''kp''yj g''cdqxg

ecug.''rtgugpvn{''uej gfwgf ''hqt''Oqpfc{.''Pqxgodgt''7.''4234.''kp''Pgy ''Dgtp0''Vj g''ecug''ku''j gtgd{''EQP VKP WGF ''q

Lcpwct{''.''4235''cv';<52''c0o 0'kp''Pgy ''Dgtp.''Pqtyj ''Ectqnkpc0'

Vj ku'3; yj ''fc{ ''qh''Qevqdgt.''42340

Nqwkug''Y 0'Hncpci cp
WUU0'F kuvtkev'Lwfi g