UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:12-CR-00225-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| EVELYN GOMEZ-ALLAN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 23 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the ___27th___ day of ___February___, 2013.

_____
Louise Wood Flanagan
U.S. District Judge